Three hours, I think, is important. I understand that you have involved in this program for a number of reasons. The four of you, Kevin, Richard, and I, and this is a six-year-old speaking, the appeal. You know, choosing that phrase and challenging the crowd about the appeal moment refers to whether whether this piece of the program is caring to the cost of expenses. On the second page, the second piece, I presume, has an emphasis on the first issue first. And in part, basically, the reason you see is that if you look at the text of the rule at the bottom of your unition, the question is, in your view, can you include non-monetary kind of Fact Check drawings that you see at this point, and, you know, part of the Attendee Industry Sub Office in addition to Sister Magic is, to be fair, is not the ordinary living situation with tax and the charge of housing expenses both the active assistance and to take care of this as a student, obviously, student person. But, yes, this first issue is what is the gaming and we've set forth our reasoning and will you take the gaming and do you, if necessary, include both monetary and non-monetary payments. You can stand on the floor if you need to, or if you need support to get your registration to do it, just let me know. Monetary payment, do you need to pay for that? That's a question. It raises two, but, you know, that is a question but I don't think that's something necessary that you need to raise. I'm sorry? I'm sorry. In terms of paying, of course, 416.1338 416.1338 Yes. But, 2.0 I think you consider at least for income regulations and guidance that needs to surprise income in fees, both monetary income to the individual and non-monetary income to the individual. And that is sort of what we're saying here is it's about comprobation. They consider both financial and monetary income fees and non-monetary income fees the same for both income and non-monetary income. And in these not only standards that are in the context of the cases, we also don't raise one case based on the work I do. And I think that's the point that's where we need to be. Or, I don't know if that's an issue that you're trying to find or if that's an issue that you're trying to find. Yes, sir. It's kind of a firework. He's putting something in the breeze and even based on the record that we had on the first day, it occurred to us that Bob, he spent a substantial amount of time building a 660-foot house in Detroit. And as well as the question is, let's show your interpretation of the argument being reasonable. The other thing is we have some certainty that the equation is also reasonable. So, in that sense, I think I'll be as close as I can to your interpretation already. I think that you're correct in you outright reject my argument about the plain text that we need to see. And I think that's our strongest response to your question. And so, in these types of contexts that we're dealing with, the interpretation of others' rules, regulations, and courts of justice, some have used this in different terms, but in California, the rule itself, the term pay is a clear term that's been used in this context and other contexts in view of financial and nonfinancial payments. Certainly, yes. ... ... ... ... ... ... ... ... ... ... ... My understanding is that it might have been going on all along. Maybe I don't have to explain it prior to the mortgage increase in this particular case. And in this notion of the demand situation here, it's not at least part of some of the stories of the mortgages from these institutions. In some of these mortgages, in the matter of three months, the agency took three actions to decrease this and it was a major drive of the city here. And so, for agencies, their situation is difficult for them to deal with. But really, the situation, the financial situation has changed. And so, we get the question directly. He made a very clear answer of the three steps. The first is saying, if there's any impact on the cash flow, if there's a positive as a state, in terms of these issues, the application rules, the responsibilities of the agency, the rights of the mortgage, the responsibilities of the mortgage. And he answered it in this way. Let me run through what I was trying to observe a couple of minutes ago. We talked about a bunch of investment companies that are sitting right here. There's a second right here. And again, our position here is that the agency and the court level cannot really give fair consideration of the evidence in the record. And when you look at the regulations, for example, 416.130, it says that in assessing the actual anti-sport convenience that someone is perceiving, with respect to how great their vision is and value, one must use a specific time margin value. And again, because Congress, per se, uses the same minutes and margins as the agency does, it's very much the absence of these things as far as having all these unusual situations. From our perspective, all of that, at least, is increasingly true. Instead of changing the checklist of how much actual value you see there in terms of anti-sport convenience, there's nothing in the record to show that the agency actually made that consideration. And this is from our perspective as a big consumer, because, again, in fact, in a separate regulation, 416.1101 instructs that the agency must look at the price of the item on your location. And again, there's no indication that there's actual assessment of how these unusual things increase or change the value of anti-sport convenience that is called casualty. And that's what those are used to. Thank you. Good morning, Chief O'Hara. Good afternoon, Sheriff's Office of Security. This is Sheriff's Office of Information Security from Baltimore. And it's also known as Anti-Sport Convenience, as well as California's chain that requires that you speak to a local member in this way. It's probably also a member to the SBIRC, the SBIRC that requires us to contact them, so when we are determining whether or not to share the contribution of the SBIRC with these, it's also really important to make sure that we have the proper set of records in place. So, as you can see, here we have the SBIRC 0085 .020 .460 and .485. And those provisions also require a census in case that SBIRC receives any changes to the census. And they all provide additional changes. There's no allowance for services that SBIRC is supposed to extend. There's no special services that you could receive. And also, I'm supposed to use the SBIRC information. So, as you can read in the article, this is a case that's within the area where the case was started. In this situation, we're simply supposed to share a signature for the person. So, we are simply going to use the summary as a shared signature. And this is a signature that's already taken. So, we're going to use that as a shared signature. And we're going to allow the agent to argue that they have a shared signature. And we'll use that as a forward confirmation. So, again, using a shared signature to make the facts that you can use to analyze the interest. This is what's used in this case. So, as you can see, this is a case that's within the area  So, we're simply going to use the summary as a shared signature. And we're going to allow the agent      So, again, using a shared signature to make the facts that you can use to analyze the interest. And this is a case that is really concerned this particular behavior, or there is spectrum clients have. So, they have to explain their way whattime can he the benefits of this I don't know WhatsApp is so very clear here So, we're notтраining especially now for our next year. It's really important because there's lots of research and finding that there's behavior behavior because the reason this person can get a mortgage without paying is because they're supposed to get their mortgage and can pay without paying because they switch several times a day right? That works for people who own their building in general. So, you can think of it as a portion of your salary if you're going to choose a mortgage. So, you're choosing a mortgage with your mortgage insurance and you're choosing a mortgage with the mortgage insurance and you're choosing to be a homeowner with the a homeowner with the mortgage insurance to be a homeowner  mortgage be a homeowner  mortgage insurance and you're
judges: Schroeder, Tashima, Owens